USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HOWARD E. SHAFRAN, individually and on
behalf of all similarly situated,

                Plaintiff,

    -against-

HARLEY-DAVIDSON, INC. and HARLEY
OWNERS GROUP,

                Defendants.
-----------------------------------------------------------X

07 CIVIL 1365 (GBD)

**JUDGMENT**

    Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on March 20, 2008, having rendered its Memorandum Decision and Order granting defendants' motion to dismiss and dismissing the case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 20, 2008, defendants' motion to dismiss is granted and the case is dismissed.

**Dated:** New York, New York
         March 25, 2008

                                        J. MICHAEL McMAHON
                                          Clerk of Court
                      BY:
                                          Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____